## CALLAWAY *v.* THE STATE.

SIMMONS, C. J.  1. There is no error in refusing a request to charge when such request is not in writing.

2. While the evidence was conflicting, that for the State was sufficient to sustain the verdict.  *Judgment affirmed. All the Justices concur.*

Submitted October 19,—Decided November 11, 1904.

Accusation of fornication. Before Judge Raines. City court of Dawson. September 8, 1904.

*M. C. Edwards,* for plaintiff in error.

*M. J. Yeomans, solicitor,* contra.